Approved: ______________________________
Frank Balsamello / Jonathan E. Rebold
Assistant United States Attorneys

Before: THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

**22 MAG 5477**

- - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **SEALED COMPLAINT** |
| - v. - | : | Violations of 52 U.S.C. § 10307(c); 18 U.S.C. § 1028 |
| LOUIS KOCH, | : | |
| Defendant. | : | COUNTY OF OFFENSE: NEW YORK |

- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

PAUL VAN WIE, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

COUNT ONE
(False Information in Voting)

1. From at least on or about May 24, 2022, up to and including at least on or about June 6, 2022, in the Southern District of New York and elsewhere, LOUIS KOCH, the defendant, knowingly and willfully gave false information as to his name, address, and period of residence in the voting district for the purpose of establishing his eligibility to register and vote — as that term is defined in 52 U.S.C. § 10310(c)(1) — in general, special, and primary elections held for the purpose of selecting and electing candidates for the office of Member of the United States House of Representatives, to wit, KOCH provided the names and dates of birth of approximately 95 other individuals registered to vote in New York (the "Victims") to request the

Victims' absentee ballots for the 2022 federal primary elections.

(Title 52, United States Code, Section 10307(c).)

COUNT TWO
(Identity Theft)

2. From at least on or about May 24, 2022, up to and including at least on or about June 6, 2022, in the Southern District of New York and elsewhere, LOUIS KOCH, the defendant, knowingly transferred, possessed, and used, without lawful authority, means of identification of other persons with the intent to commit, and in connection with, an unlawful activity that constitutes a violation of federal law and a felony under state law, and his transfer, possession, and use of the means of identification was in and affecting interstate commerce, including transferred by electronic means, and the means of identification were transported in the mail in the course of such transfer, possession, and use, to wit, KOCH, without lawful authority, and with the intent to commit and in connection with violations of 52 U.S.C. § 10307(c) and New York Election Law § 17-132(6), knowingly transferred, possessed, and used the Victims' names and dates of birth on electronic submissions to the New York City Board of Elections (the "NYC BOE") in order to fraudulently obtain absentee ballots in the Victims' names, which the NYC BOE caused to be mailed to KOCH.

(Title 18, United States Code,
Section 1028(a)(7) and (b)(2)(A), (B))

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the FBI's New York Field Office since in or about March 2020. For approximately the last year, I have been assigned to one of the Public Corruption Squads, and in my capacity as a Special Agent, I have participated in numerous investigations of federal crimes, including election integrity, fraud, and identity theft offenses.

4. I am familiar with the facts and circumstances set forth below through my participation in this investigation, my personal knowledge of matters discussed herein, conversations with others as described below, and my examination of various

reports and records. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during my work on this case. In addition, this investigation is ongoing, and the facts contained herein — such as approximate total numbers of ballots requested and obtained — is based only on the records obtained and analyzed to date. Where the contents of documents and the statements of others are reported herein, they are reported in substance and in part, unless otherwise indicated.

5. Since at least in or about June 2022, other agents and I have been investigating LOUIS KOCH, the defendant, for his role in applying for, obtaining, and collecting absentee ballots in the names of dozens of Victims — many of whom are public figures including politicians and journalists — without those Victims' permission. To accomplish this scheme KOCH entered the Victims' names, dates of birth, counties, and zip codes into a website controlled by the NYC BOE, then directed the Victims' ballots be mailed to KOCH's personal residence in Manhattan (the "Manhattan Apartment") and a house in Tenafly, New Jersey (the "Tenafly House"), which public records indicate is the primary resident of a relative of KOCH (the "Relative").

6. On or about June 29, 2022, I spoke with an attorney representing three current or former politicians from New York ("Victim-1," "Victim-2," and "Victim-3"), and another attorney representing a fourth politician from New York ("Victim-4," and together with Victims-1, -2, and -3, the "Reported Victims"); and they informed me that their clients had not ordered absentee ballots or authorized anyone to request absentee ballots in their names in 2022.

7. From speaking with a representative of the NYC BOE's Executive Office, as well as a review of records obtained therefrom, I have learned the following, in substance and part:

a. On June 28, 2022, New York held primary elections for certain state and local offices (the "June Election"); and on August 23, 2022, New York will hold primary elections for federal offices — namely, seats in the United States House of Representatives — and additional state offices (the "August Election"). Ordinarily, these elections would have been held together on June 28, 2022, but litigation over the state's redistricting caused some of the primary elections, including for all federal House offices, to be postponed to August. Since at least on or about May 23, 2022, anyone requesting an absentee ballot through the NYC BOE's website automatically did so for *both* the June Election and August

Election. The website was (and still is) accessible on any electronic communication or storage device that can connect to the internet, including computers, cellphones, and tablets.

b. Under the NYC BOE's current system for obtaining ballots, a requesting party can direct NYC BOE to mail the ballot to an address other than the requestor's address of record, provided the requestor can provide certain limited personal identifying information about the voter, including name, date of birth, and residential zip code.

c. NYC BOE's absentee ballot request system is in part administered by a third-party vendor that contracts with NYC BOE (the "Vendor"), and all online absentee ballot requests (including the means of identification included in each request) are transferred to and processed by the Vendor.

d. On or about May 24, 2022, ballots for Victims-1, -2, and -3 were requested through NYC BOE's online absentee ballot request system; and a ballot for Victim-4 was requested on or about May 31, 2022. Per the applications, Victim-1's ballot was to be mailed to the Tenafly House, and the other three ballots were to be mailed to the Manhattan Apartment. On or about May 28, 2022, NYC BOE mailed Victims-1's June Election ballot to the Tenafly House, and Victim-2's and Victim-3's June Election ballots to the Manhattan Apartment. On or about June 3, 2022, NYC BOE mailed Victim-4's June Election ballot to the Manhattan Apartment.

e. Through a review of its records, NYC BOE identified at least approximately 95 additional absentee ballot requests submitted between on or about May 24, 2022 and on or about June 1, 2022 in the names of other people (*i.e.*, the Victims), in which the ballot was requested to be mailed to either the Manhattan Apartment or the Tenafly House.[1] Some of these ballot requests were also in the names of recognizable politicians, media personalities, and lawyers. Between on or about May 28, 2022 and on or about June 6, 2022, NYC BOE mailed the majority of the requested ballots to the requested addresses, with approximately 35 going to the Tenafly House, and approximately 38 going to the Manhattan Apartment. The remaining requested ballots were not mailed out by NYC BOE, either because the purported requester was not affiliated with a

---

[1] Based upon a review of the Victims' BOE voter registration records, I believe that none of them reside at the Manhattan Apartment or the Tenafly House.

political party holding a June 2022 primary election or because the purported requester had already requested that an absentee ballot be sent to a different address.

f. NYC BOE records reflect that LOUIS KOCH, the defendant, is the only registered voter whose address of record is the Manhattan Apartment; on or about May 24, 2022, he requested that a primary absentee ballot in his name be mailed to the Manhattan Apartment; and additionally, on September 4, 2020, he requested a 2020 general election absentee ballot be mailed to the Manhattan Apartment. About four months earlier, on or about May 1, 2020, KOCH requested that his June 2020 primary election absentee ballot be mailed to the Tenafly House.

g. NYC BOE identified approximately three Internet Protocol ("IP") addresses that were collectively used to generate online requests for all of the Victims' absentee ballots (the "IP Addresses"). One IP Address is maintained by Charter Communications (the "Charter IP Address") and the other two are maintained by Verizon (the "Verizon IP Addresses").

8. Based on a review of records maintained by Charter Communications, I have learned that the service address for the Charter IP Address (*i.e.*, the physical premises which the Charter IP address services) is the Manhattan Apartment and the subscriber for the Charter IP Address (*i.e.*, the individual who pays for the Charter IP Address) is the Relative at the Tenafly House address.

9. Based on a review of records maintained by Verizon, I have learned that the Verizon IP Addresses are IP Addresses that can be accessed by Verizon Wireless cellphone customers using their cellphones' data services. For the dates and times around when the Verizon IP Addresses were used to order some of the Victims' absentee ballots, only one phone number — a Verizon phone number ending in -7578 (the "-7578 Phone") — connected to both Verizon IP Addresses. Verizon subscriber records for the -7578 Phone reveal that it is subscribed in the name of LOUIS KOCH, the defendant, at the Tenafly House address.

10. On or about June 28, 2022, I learned from a representative from the Vendor that the Vendor receives and stores its data on Azure Cloud servers that are provisioned by Microsoft and located in Virginia.

11. On or about June 30, 2022, other agents and I executed a search warrant for the Manhattan Apartment, a one-

bedroom apartment in which LOUIS KOCH, the defendant, was present and the sole occupant. While inside the Manhattan Apartment, my fellow agents and I observed and seized the following items, among other things:

a. The 7578 Phone;

b. A laptop computer; and

c. Well over 100 absentee ballots held in the names of individuals other than KOCH, for various elections, including:

i. Ballots issued by New York, California, and Washington, D.C. and

ii. Ballots for the June Election, some of which were in the names of public figures.

12. On or about June 30, 2022, other FBI agents assisting in this investigation (the "Agents") executed a search warrant for the Tenafly House. Also present in the Tenafly House was the Relative, who directed the Agents to the childhood bedroom of LOUIS KOCH, the defendant, which KOCH occasionally still accesses, and in which KOCH stores personal items (the "Tenafly Bedroom"). From within the Tenafly Bedroom the Agents observed and seized multiple absentee ballots, issued by multiple states, including New York and California, in the names of individuals other than KOCH.

13. On or about June 30, 2022, another agent and I interviewed LOUIS KOCH, the defendant, and he said the following, in substance and part:[2]

a. KOCH is the sole occupant of the Manhattan Apartment and has been since he moved into the Manhattan Apartment in or about 2019.

b. KOCH has been ordering ballots in the names of other individuals since at least 2020, including for registered voters in New York and California. KOCH did so by obtaining victims' personal identifying information from public

---

[2] Before asking KOCH any questions, KOCH was told that he was not under arrest and was free to leave; and out of an abundance of caution, KOCH was advised of his *Miranda* rights, which he voluntarily waived.

sources, and using said information to request absentee ballots online. KOCH requested that some such ballots be mailed to the Manhattan Apartment and others to the Tenafly House.

c. KOCH requested and collected these ballots as a hobby but has never cast any such ballots in any election.

d. Sometime in 2021, the Relative – who knew KOCH had been ordering ballots in other people's names – advised KOCH to stop doing so. KOCH understood it was "foolish" to continue ordering ballots, but he continued doing it anyway.

*       *       *

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of LOUIS KOCH, the defendant, and that he LOUIS KOCH, the defendant, be imprisoned or bailed, as the case may be.

/s/ Paul Van Wie, by SDA with permission
__________________________________
PAUL VAN WIE, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic means this
1st day of July 2022

__________________________________
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK