```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

Docket No. 1:23CR00658-001 (CM)

-v-

ORDER

Louis Koch,

           Supervisee.

Honorable Colleen McMahon, Senior U.S. District Judge:

    IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release conference held on November 13, 2024, the following violation of supervised release bail conditions and modifications of the supervised release conditions are ordered as follows:

1. The supervisee will participate in and successfully complete a detoxification, rehabilitation, and/or residential substance use treatment program at Silver Hill Hospital, 208 Valley Road, New Canaan, CT, for a period to be determined in collaboration with the treatment team at Silver Hill Hospital and the U.S. Probation Office. The supervisee will not leave the facility until successfully completed. This program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

2. The supervisee will participate in and successfully complete an inpatient mental health treatment program at Silver Hill Hospital, 208 Valley Road, New Canaan, CT, for a period

to be determined in collaboration with the treatment team at Silver Hill Hospital and the U.S. Probation Office. The supervisee will not leave the facility until successfully completed. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

3. Upon successful completion of treatment at Silver Hill Hospital, the supervisee will participate in an outpatient treatment program approved by the U.S. Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

4. Upon successful completion of treatment at Silver Hill Hospital, for at least three (3) months (or until such time the U.S. Probation Office deems appropriate), the supervisee may not possess any internet capable electronic devices.

5. Once deemed appropriate by the U.S. Probation Office, the supervisee shall permit the U.S. Probation Office to install any application or software that allows it to survey and/or monitor all activity on any computer(s), automated service(s), or connected device(s) that you will use during the term of supervision and that can access the internet (collectively, the "Devices"), and the U.S. Probation Office is authorized to install such applications or software. Tampering with or circumventing the U.S. Probation Office's monitoring capabilities is prohibited. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced

examinations of any Device(s) that are subject to monitoring. You must notify any other people who use the Device(s) that it is subject to examination pursuant to this condition.

6. The supervisee must provide the U.S. Probation Office advance notification of planned use of any Device(s) and will not use any Device(s) without approval until compatibility (i.e., software, operating system, email, web-browser) is determined and installation is completed. Applications for your Device(s) shall be approved by the U.S. Probation Office once the Probation Office ensures compatibility with the surveillance/monitoring application or software. Websites, chatrooms, messaging, and social networking sites shall be accessed via the Device(s) web browser unless otherwise authorized. You will not create or access any internet service provider account or other online service using someone else's account, name, designation or alias. You will not utilize any peer-to-peer and/or file sharing applications without the prior approval of your probation officer. The use of any Device(s) in the course of employment will be subject to monitoring or restriction as permitted by the employer.

7. The supervisee shall submit your person, and any property, residence, vehicle, residence or vehicle in which the supervisee is an occupant and any electronic device contained in said locations, papers, computer, other electronic communication, data storage devices, cloud storage or media, and effects to a search by any U.S. Probation Officer, and if needed, with the assistance of any law enforcement. The search is to be conducted when there is reasonable suspicion concerning violation of a condition of supervision or unlawful conduct by the person being supervised. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search shall be conducted at a reasonable time and in a reasonable manner.

8. The supervisee shall not possess other person's identifying information (except for father's personal identifying information.)

9. Continuation of all other prior conditions and special conditions of supervised release to the extent they do not conflict with the above-mentioned terms.

SO ORDERED.

Dated: November 19, 2024
New York, New York

_____
Honorable Colleen McMahon
Senior U.S. District Judge