UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Louis Koch,

            Supervisee.

Docket No. 1:23CR00658-001 (CM)

ORDER

---

Honorable Colleen McMahon, Senior U.S. District Judge:

IT IS HEREBY ORDERED THAT, on Wednesday, November 20, 2024, at or before 9:00 a.m., the United States Marshals Service shall produce Louis Koch, Register Number 09901-510, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, to be released to the U.S. Probation Office for inpatient/ residential treatment placement.

IT IS FURTHER ORDERED that the Federal Bureau of Prisons Metropolitan Detention Center Brooklyn will release Louis Koch with a supply of his currently prescribed medications for medical and psychiatric conditions.

SO ORDERED.

Dated:     November 19, 2024
              New York, New York

                                                Honorable Colleen McMahon
                                                Senior U.S. District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11-19-24
```